## 29830. JOHNSON v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 17, 1975.

Herbert Johnson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29942. BROOKS v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 17, 1975.

Charles Brooks, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29969. WHEELER v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 17, 1975.

George Wheeler, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.